IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RENEE PAMELA RUSH,**

    Plaintiff,

    vs.                        CIV NO.   16-cv-00791 SMV

**CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,**

    **Defendant.**

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (doc. __10__), and good cause appearing,

Magistrate Judge Stephan Vidmar HEREBY **ORDERS** that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g)[1] and REMANDED to the Commissioner for further administrative proceedings, as follows:

On remand, the Appeals Council will remand the matter to an administrative law judge (ALJ) for further evaluation of the record and a new decision.  The Appeals Council will direct the ALJ to offer Plaintiff another opportunity for a hearing, ensure that the record is complete, and issue a new decision.

    SIGNED __December 5___, 2016.

                                               _____
                                             STEPHAN M. VIDMAR
                                             United States Magistrate Judge

---

[1] The Clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SUBMITTED AND APPROVED BY:
*Electronically submitted 12/02/2016*
KATHRYN BOSTWICK
Special Assistant United States Attorney

*Electronically approved 11/30/2016*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff